UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MANNDRELL DEMECO FULLER,

        Plaintiff,        Case No. 1:24-cv-1239

v.        Honorable Phillip J. Green

ANDREW DINEHART, et al.,

        Defendants.
_____/

**JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  March 26, 2025        /s/ Phillip J. Green
        PHILLIP J. GREEN
        United States Magistrate Judge